1  PATRICK J. CRONIN, WSBA #28254
2  BENJAMIN H. RASCOFF, WSBA #45197
   WINSTON & CASHATT, LAWYERS
3  601 W. Riverside, Ste. 1900
   Spokane, WA  99201
4  Telephone:  (509) 838-6131
5  Facsimile:  (509) 838-1416
   Email:  pjc@winstoncashatt.com
6  Email:  bhr@winstoncashatt.com

7
   Attorneys for Defendants Kaiser Aluminum
8  Washington, LLC and Kaiser Aluminum
   Fabricated Products, LLC
9

10              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
11

| | |
|---|---|
| 12  MICHELLE ANDERSON, an individual, | |
| 13                              Plaintiff, | No. |
| 14     vs. | AFFIDAVIT OF PATRICK J. CRONIN IN SUPPORT OF NOTICE OF REMOVAL |
| 15  KAISER ALUMINUM WASHINGTON, LLC, a foreign corporation doing business in the State of Washington; KAISER ALUMINUM FABRICATED PRODUCTS, LLC, a foreign corporation doing business in the State of Washington; "JOHN DOE I-V" employees, agents, and/or independent contractors of KAISER ALUMINUM WASHINGTON, LLC and/or KAISER ALUMINUM FABRICATED PRODUCTS, LLC; and | |

22
23
24

AFFIDAVIT OF PATRICK J. CRONIN IN SUPPORT
OF NOTICE OF REMOVAL
PAGE 1



A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

"UNKNOWN BUSINESS ENTITIES I-V", jointly and severally,

                              Defendants.

STATE OF WASHINGTON    )
                                  : ss.
COUNTY OF SPOKANE      )

      PATRICK J. CRONIN, being first duly sworn, upon oath deposes and says:

      1.     I represent the defendants Kaiser Aluminum Washington, LLC and Kaiser Aluminum Fabricated Products, LLC in this action.

      2.     I have reviewed the Complaint filed by the plaintiff, which includes a claim for damages for injuries suffered by the plaintiff, as well as prejudgment interest, attorney fees, and costs.

      3.     Plaintiff's counsel has stated in writing that plaintiff Michelle Anderson's claim for damages exceeds $2 million.

                                                _____
                                                PATRICK J. CRONIN

      SUBSCRIBED AND SWORN to before me this 1st day of June, 2021.

**NOTARY PUBLIC**
**STATE OF WASHINGTON**
**LINDA LEE**
**50938**
**MY COMMISSION EXPIRES**
**MAY 01, 2023**

_____
NOTARY PUBLIC in and for the State of Washington, residing at Spokane Valley
My commission expires: 5-1-23

AFFIDAVIT OF PATRICK J. CRONIN IN SUPPORT
OF NOTICE OF REMOVAL
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2021, I caused the foregoing to be served on the following parties in the manner indicated:

| | | |
|---|---|---|
| Matthew F. Duggan | **VIA REGULAR MAIL** | ☐ |
| GLP Attorneys, P.S., Inc. | **VIA CERTIFIED MAIL** | ☐ |
| 601 W. Main Ave., Suite 305 | **HAND DELIVERED** | ☒ |
| Spokane, WA  99201 | **BY FACSIMILE** | ☐ |
| | **VIA EMAIL** | ☐ |

Attorney for Plaintiff

                                    s/Patrick J. Cronin
                                    PATRICK J. CRONIN, WSBA #28254
BENJAMIN H. RASCOFF, WSBA #45197
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants Kaiser Aluminum Washington, LLC and Kaiser Aluminum Fabricated Products, LLC
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone:  (509) 838-6131
Facsimile:  (509) 838-1416
Email:  pjc@winstoncashatt.com
Email:  bhr@winstoncashatt.com



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131