PATRICK J. CRONIN, WSBA #28254
BENJAMIN H. RASCOFF, WSBA #45197
WINSTON & CASHATT, LAWYERS
601 W. Riverside, Ste. 1900
Spokane, WA  99201
Telephone:  (509) 838-6131
Facsimile:  (509) 838-1416
Email:  pjc@winstoncashatt.com
Email:  bhr@winstoncashatt.com

Attorneys for Defendants Kaiser Aluminum Washington, LLC and Kaiser Aluminum Fabricated Products, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE ANDERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER ALUMINUM WASHINGTON, LLC, a foreign corporation doing business in the State of Washington; KAISER ALUMINUM FABRICATED PRODUCTS, LLC, a foreign corporation doing business in the State of Washington; "JOHN DOE I-V" employees, agents, and/or independent contractors of KAISER ALUMINUM WASHINGTON, LLC and/or KAISER ALUMINUM | No.<br><br>DECLARATION OF JOHN DONNAN IN SUPPORT OF NOTICE OF REMOVAL |

DECLARATION OF JOHN DONNAN IN SUPPORT
OF NOTICE OF REMOVAL
PAGE 1



Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

FABRICATED PRODUCTS, LLC; and "UNKNOWN BUSINESS ENTITIES I-V", jointly and severally,

                             Defendants.

JOHN DONNAN declares as follows:

1. I am the Chief Administrative Officer and General Counsel for Kaiser Aluminum Corporation, which is the parent company for all Kaiser Aluminum entities.

2. I have personal knowledge of the business structure of Kaiser Aluminum Corporation and all Kaiser Aluminum entities.

3. Kaiser Aluminum Washington, LLC is a Delaware limited liability company with its principal place of business in California. Its sole member is Kaiser Aluminum Fabricated Products, LLC, a Delaware limited liability company with its principal place of business in California. The sole member does not reside in Washington State.

4. The sole member of Kaiser Aluminum Fabricated Products, LLC is Kaiser Aluminum Investments Company, a Delaware corporation with its principal place of business in California. The sole member does not reside in Washington State.

DECLARATION OF JOHN DONNAN IN SUPPORT
OF NOTICE OF REMOVAL
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of May, 2021.

_____
JOHN DONNAN

DECLARATION OF JOHN DONNAN IN SUPPORT
OF NOTICE OF REMOVAL
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2021, I caused the foregoing to be served on the following parties in the manner indicated:

| | |
|---|---|
| Matthew F. Duggan<br>GLP Attorneys, P.S., Inc.<br>601 W. Main Ave., Suite 305<br>Spokane, WA 99201<br><br>Attorney for Plaintiff | **VIA REGULAR MAIL** ☐<br>**VIA CERTIFIED MAIL** ☐<br>**HAND DELIVERED** ☒<br>**BY FACSIMILE** ☐<br>**VIA EMAIL** ☐ |

s/Patrick J. Cronin
PATRICK J. CRONIN, WSBA #28254
BENJAMIN H. RASCOFF, WSBA #45197
WINSTON & CASHATT, LAWYERS
Attorneys for Defendants Kaiser Aluminum Washington, LLC and Kaiser Aluminum Fabricated Products, LLC
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416
Email: pjc@winstoncashatt.com
Email: bhr@winstoncashatt.com

DECLARATION OF JOHN DONNAN IN SUPPORT
OF NOTICE OF REMOVAL
PAGE 4



*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131