1

2

3

4

5                UNITED STATES DISTRICT COURT

6                EASTERN DISTRICT OF WASHINGTON

7   MICHELLE ANDERSON, an
    individual,                              NO:  2:21-CV-0180-TOR
8
                          Plaintiff,         ORDER OF DISMISSAL WITH
9                                            PREJUDICE
           vs.
10
    KAISER ALUMINUM
11  WASHINGTON, LLC, a foreign
    corporation doing business in the State
12  of Washington,
                          Defendant.
13

14

15        BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with

16  Prejudice (ECF No. 34).  The parties agree that the above-entitled action has been

17  settled and the parties agree to its dismissal on its merits with prejudice with each

18  party to pay its own attorney's fees and costs.  The Court has reviewed the record

19  and files herein, and is fully informed.

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to pay its own attorney's fees and costs.

2. All pending motions are **DENIED** as moot.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED October 28, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2